United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14971-djb |
| Danielle Jessica Solomon | Chapter 7 |
| Guy Elliott Baker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 08, 2025 | Form ID: 130 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Danielle Jessica Solomon, Guy Elliott Baker, 773 Rock Ln, Elkins Park, PA 19027-1313 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Danielle Jessica Solomon help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Guy Elliott Baker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 130* (3/23)−doc 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|    Danielle Jessica Solomon ) | Case No. 25−14971−djb | |
| ) | | |
| ) | | |
|    Guy Elliott Baker ) | Chapter: 7 | |
| ) | | |
|    Debtor(s). ) | | |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

   It is hereby ORDERED that:

   1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

      Documents and Deadline

      Schedules A/B Due 12/19/25
      Schedules C Due 12/19/25
      Schedules D Due 12/19/25
      Schedules E/F Due 12/19/25
      Schedules G Due 12/19/25
      Schedules H Due 12/19/25
      Schedules I Due 12/19/25
      Schedules J Due 12/19/25
      Statement of Attorney Compensation Due 12/19/25
      Statement of Current Monthly Income (122A−1) Due 12/19/25
      Means Test Calculation (122A−2) Due 12/19/25
      Statement of Financial Affairs Due 12/19/25
      Summary of Assets and Liabilities Due 12/19/25

   2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: December 8, 2025                                            By the Court

                                                                                   Derek J Baker
                                                                                    Judge, United States Bankruptcy Court