

**INTERSTATE**
PREMIER FACILITY
SERVICES PROVIDER

Direct Deposit Advice

paylocity

508 Prudential Rd
Ste 100
Horsham, PA 19044

| | Check Date | Voucher Number |
|---|---|---|
| | December 5, 2025 | 11629 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Capital One | C | ***5016 | 1,552.40 |
| Jpmorgan Chase Bank, | C | ***0673 | 388.10 |
| **Total Direct Deposits** | | | **1,940.50** |

129481   81101070   99090 11629 8888        **129481**

**Guy Baker**
773 Rock Lane
Elkins Park, PA  19027

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Interstate Solutions LLC

**Guy Baker**                                                                                                    **Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | | Fed Taxable Income | **2,266.51** |
| Location | **81101070** | Fed Filing Status | **M** |
| Salary | **$2,307.70** | State Filing Status | **M-0** |

| | |
|---|---|
| Check Date | **December 5, 2025** |
| Period Beginning | **November 16, 2025** |
| Period Ending | **November 29, 2025** |

| | |
|---|---|
| Voucher Number | **11629** |
| Net Pay | **1,940.50** |
| Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Comp Time | | | | 461.54 |
| Regular | 28.8462 | 80.00 | 2,307.70 | 24,923.16 |
| Sick | | | | 461.54 |
| Vacation | | | | 692.31 |
| **Gross Earnings** | | **80.00** | **2,307.70** | **26,538.55** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 38.25 | 440.55 |
| MED | | 32.86 | 380.59 |
| PA | | 69.58 | 805.88 |
| PA-460502 | | 34.00 | 393.79 |
| PA-HOR2 | | 2.00 | 24.00 |
| PASUI-E | | 1.62 | 18.59 |
| SS | | 140.52 | 1,627.50 |
| **Taxes** | | **318.83** | **3,690.90** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 35.97 | 251.79 |
| Life Ins | 4.94 | 34.58 |
| Vision | 5.22 | 36.54 |
| Vol Life Child | 0.76 | 5.32 |
| Vol Life Spouse | 1.48 | 10.36 |
| **Deductions** | **48.37** | **338.59** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Capital One | C | ***5016 | 1,552.40 |
| Jpmorgan Chase Bank, NA | C | ***0673 | 388.10 |
| **Total Direct Deposits** | | | **1,940.50** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Sick Exec | 0.00 | 16.00 |
| Vacation | 0.00 | 24.00 |



INTERSTATE
PREMIER FACILITY
SERVICES PROVIDER

508 Prudential Rd
Ste 100
Horsham, PA 19044

paylocity

Direct Deposit Advice

**Check Date** | **Voucher Number**
November 21, 2025 | 11494

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Capital One | C | ***5016 | 1,552.40 |

DIRECT DEPOSIT VOUCHER

129481  81101070  99090 11494 8786  **129481**

**Guy Baker**
773 Rock Lane
Elkins Park, PA  19027

| | | | |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***0673 | 388.10 |
| **Total Direct Deposits** | | | **1,940.50** |

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Interstate Solutions LLC

**Guy Baker**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | 2,266.51 | Check Date | November 21, 2025 |
| Location | 81101070 | Fed Filing Status | M | Period Beginning | November 2, 2025 |
| Salary | $2,307.70 | State Filing Status | M-0 | Period Ending | November 15, 2025 |

| | | | | |
|---|---|---|---|---|
| Voucher Number | | | | 11494 |
| Net Pay | | | | 1,940.50 |
| Total Hours Worked | | | | 80.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Comp Time | | | | 461.54 |
| Regular | 28.8462 | 80.00 | 2,307.70 | 22,615.46 |
| Sick | | | | 461.54 |
| Vacation | | | | 692.31 |
| **Gross Earnings** | | **80.00** | **2,307.70** | **24,230.85** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 38.25 | 402.30 |
| MED | 32.86 | 347.73 |
| PA | 69.58 | 736.30 |
| PA-460502 | 34.00 | 359.79 |
| PA-HOR2 | 2.00 | 22.00 |
| PASUI-E | 1.62 | 16.97 |
| SS | 140.52 | 1,486.98 |
| **Taxes** | **318.83** | **3,372.07** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 35.97 | 215.82 |
| Life Ins | 4.94 | 29.64 |
| Vision | 5.22 | 31.32 |
| Vol Life Child | 0.76 | 4.56 |
| Vol Life Spouse | 1.48 | 8.88 |
| **Deductions** | **48.37** | **290.22** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Capital One | C | ***5016 | 1,552.40 |
| Jpmorgan Chase Bank, NA | C | ***0673 | 388.10 |
| **Total Direct Deposits** | | | **1,940.50** |

| | **Available Plan Year** | |
|---|---|---|
| Time Off | to Use | Used |
| Sick Exec | 0.00 | 16.00 |
| Vacation | 0.00 | 24.00 |

Interstate Solutions LLC | 508 Prudential Rd Ste 100  Horsham, PA 19044 | (215) 675-8500 | FEIN: 38-3989238 | PA: 75-24014



**PREMIER FACILITY SERVICES PROVIDER**

508 Prudential Rd
Ste 100
Horsham, PA 19044

paylocity

Direct Deposit Advice

| | | | |
|---|---|---|---|
| **Check Date** | | | **Voucher Number** |
| November 7, 2025 | | | 11369 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Capital One | C | ***5016 | 1,552.43 |
| Jpmorgan Chase Bank, | C | ***0673 | 388.11 |
| **Total Direct Deposits** | | | **1,940.54** |

DIRECT DEPOSIT VOUCHER

129481  81101070  99090 11369 8693       **129481**

**Guy Baker**
773 Rock Lane
Elkins Park, PA  19027

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

## Interstate Solutions LLC

**Guy Baker**                                                                    **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | **2,266.51** | |
| Location | **81101070** | Fed Filing Status | **M** | |
| Salary | **$2,307.70** | State Filing Status | **M-0** | |

| | | | |
|---|---|---|---|
| Check Date | **November 7, 2025** | Voucher Number | **11369** |
| Period Beginning | **October 19, 2025** | Net Pay | **1,940.54** |
| Period Ending | **November 1, 2025** | Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Comp Time | | | | 461.54 |
| Regular | 28.8462 | 80.00 | 2,307.70 | 20,307.76 |
| Sick | | | | 461.54 |
| Vacation | | | | 692.31 |
| **Gross Earnings** | | **80.00** | **2,307.70** | **21,923.15** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 38.25 | 364.05 |
| MED | | 32.86 | 314.87 |
| PA | | 69.58 | 666.72 |
| PA-460502 | | 34.00 | 325.79 |
| PA-HOR2 | | 2.00 | 20.00 |
| PASUI-E | | 1.58 | 15.35 |
| SS | | 140.52 | 1,346.46 |
| **Taxes** | | **318.79** | **3,053.24** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 35.97 | 179.85 |
| Life Ins | 4.94 | 24.70 |
| Vision | 5.22 | 26.10 |
| Vol Life Child | 0.76 | 3.80 |
| Vol Life Spouse | 1.48 | 7.40 |
| **Deductions** | **48.37** | **241.85** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Capital One | C | ***5016 | 1,552.43 |
| Jpmorgan Chase Bank, NA | C | ***0673 | 388.11 |
| **Total Direct Deposits** | | | **1,940.54** |

| | **Available Plan Year** | |
|---|---|---|
| **Time Off** | **to Use** | **Used** |
| Sick Exec | 0.00 | 16.00 |
| Vacation | 0.00 | 24.00 |

Interstate Solutions LLC | 508 Prudential Rd Ste 100  Horsham, PA 19044 | (215) 675-8500 | FEIN: 38-3989238 | PA: 75-24014



**INTERSTATE**
PREMIER FACILITY SERVICES PROVIDER

508 Prudential Rd
Ste 100
Horsham, PA 19044

 paylocity

Direct Deposit Advice

**Check Date**
October 24, 2025

**Voucher Number**
11245

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Capital One | C | ***5016 | 1,552.40 |
| Jpmorgan Chase Bank, | C | ***0673 | 388.10 |
| **Total Direct Deposits** | | | **1,940.50** |

DIRECT DEPOSIT VOUCHER

129481  81101070  99090 11245 8604   **129481**

**Guy Baker**
773 Rock Lane
Elkins Park, PA  19027

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

## Interstate Solutions LLC

**Guy Baker**

**Earnings Statement**

| Employee ID | | Fed Taxable Income | 2,266.51 | Check Date | October 24, 2025 | Voucher Number | 11245 |
|---|---|---|---|---|---|---|---|
| Location | 81101070 | Fed Filing Status | M | Period Beginning | October 5, 2025 | Net Pay | 1,940.50 |
| Salary | $2,307.70 | State Filing Status | M-0 | Period Ending | October 18, 2025 | Total Hours Worked | 64.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Comp Time | | | | 461.54 |
| Regular | 28.8462 | 64.00 | 1,846.16 | 18,000.06 |
| Sick | 28.8462 | 8.00 | 230.77 | 461.54 |
| Vacation | 28.8462 | 8.00 | 230.77 | 692.31 |
| **Gross Earnings** | | **80.00** | **2,307.70** | **19,615.45** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 38.25 | 325.80 |
| MED | 32.86 | 282.01 |
| PA | 69.58 | 597.14 |
| PA-460502 | 34.00 | 291.79 |
| PA-HOR2 | 2.00 | 18.00 |
| PASUI-E | 1.62 | 13.77 |
| SS | 140.52 | 1,205.94 |
| **Taxes** | **318.83** | **2,734.45** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 35.97 | 143.88 |
| Life Ins | 4.94 | 19.76 |
| Vision | 5.22 | 20.88 |
| Vol Life Child | 0.76 | 3.04 |
| Vol Life Spouse | 1.48 | 5.92 |
| **Deductions** | **48.37** | **193.48** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Capital One | C | ***5016 | 1,552.40 |
| Jpmorgan Chase Bank, NA | C | ***0673 | 388.10 |
| **Total Direct Deposits** | | | **1,940.50** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Sick Exec | 0.00 | 16.00 |
| Vacation | 0.00 | 24.00 |



**INTERSTATE**
PREMIER FACILITY
SERVICES PROVIDER

508 Prudential Rd
Ste 100
Horsham, PA 19044

Direct Deposit Advice

**Check Date**
October 10, 2025

**Voucher Number**
11118

🟠 paylocity

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT VOUCHER | | | |
| Capital One | C | ***5016 | 1,552.40 |
| 129481  81101070  99090 11118 8512  **129481** | | | |
| **Guy Baker** | | | |
| 773 Rock Lane | Jpmorgan | C | ***0673 | 388.10 |
| Elkins Park, PA  19027 | Chase Bank, | | |
| | **Total Direct Deposits** | | **1,940.50** |

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Interstate Solutions LLC

**Guy Baker**                                                                    **Earnings Statement**

| Employee ID | | Fed Taxable Income | 2,266.51 | Check Date | October 10, 2025 | Voucher Number | 11118 |
|---|---|---|---|---|---|---|---|
| Location | 81101070 | Fed Filing Status | M | Period Beginning | September 21, 2025 | Net Pay | 1,940.50 |
| Salary | $2,307.70 | State Filing Status | M-0 | Period Ending | October 4, 2025 | Total Hours Worked | 72.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Comp Time | | | | 461.54 |
| Regular | 28.8462 | 72.00 | 2,076.93 | 16,153.90 |
| Sick | | | | 230.77 |
| Vacation | 28.8462 | 8.00 | 230.77 | 461.54 |
| **Gross Earnings** | | **80.00** | **2,307.70** | **17,307.75** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 38.25 | 287.55 |
| MED | | 32.86 | 249.15 |
| PA | | 69.58 | 527.56 |
| PA-460502 | | 34.00 | 257.79 |
| PA-HOR2 | | 2.00 | 16.00 |
| PASUI-E | | 1.62 | 12.15 |
| SS | | 140.52 | 1,065.42 |
| **Taxes** | | **318.83** | **2,415.62** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 35.97 | 107.91 |
| Life Ins | 4.94 | 14.82 |
| Vision | 5.22 | 15.66 |
| Vol Life Child | 0.76 | 2.28 |
| Vol Life Spouse | 1.48 | 4.44 |
| **Deductions** | **48.37** | **145.11** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Capital One | C | ***5016 | 1,552.40 |
| Jpmorgan Chase Bank, NA | C | ***0673 | 388.10 |
| **Total Direct Deposits** | | | **1,940.50** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Sick Exec | 8.00 | 8.00 |
| Vacation | 8.00 | 16.00 |

Interstate Solutions LLC | 508 Prudential Rd Ste 100  Horsham, PA 19044 | (215) 675-8500 | FEIN: 38-3989238 | PA: 75-24014