Certificate Number: 16339-PAE-DE-040504140

Bankruptcy Case Number: 25-14971



16339-PAE-DE-040504140

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2026, at 3:35 o'clock PM EST, Guy Elliott Baker completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 13, 2026              By:    /s/Kris Krumal

                                      Name:  Kris Krumal

                                      Title: Certified Financial Counselor