Avant LLC
Attn: Bankruptcy
222 Merchandise Mart Plz Ste 900
Chicago, IL 60654-1105

Berkheimer Tax Innovations
Attn: Bankruptcy
50 N 7th St
Bangor, PA 18013-1731

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chimefinal
Attn: Bankruptcy
Po Box 417
San Francisco, CA 94104

Comenity Bank/Buckle
Attn: Bankruptcy
P.O.Box 182273
Columbus, OH 43218-2273

Cornerstone
PO Box 82561
Lincoln, NE 68501

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Cws/cw Nexus
Po Box 9201
Old Bethpage, NY 11804

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

Fingerhut
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303

Fingerhut Fetti/Webbank
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

First Nataional Bank/Legacy
Attn: Bankruptcy
PO Box 5097
Sioux Falls, SD 57117-5097

Hayt, Hayt & Landau LLC
2 Industrial Way West
PO Box 500
Eatontown, NJ 07724

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

Jefferson Capital Systems, LLC
16 Mcleland Rd Dept C
Saint Cloud, MN 56303-2198

LVNV Funding LLC/Resurgent Capital Services
Resurgent Correspondence, Attn: Bankruptcy PO Box 1269
Greenville, SC 29602

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Mohela/dofed
Po Box 300001
Greenville, TX 75403

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541-1067

Seed Financial
Attn: Bankruptcy
548 Market St., PMB 33447
San Francisco, CA 94104

Springlf Fin
Po Box 1010
Evansville, IN 47706

SWC Group
4120 International Parkway #100
Carrollton, TX 75007

Synchrony Bank/Care Credit
Bankruptcy
PO Box 965060
Orlando, FL 32896

Synovus Bank
Attn: Bankrupty Department
P.O.Box 120
Columbus, GA 31902

Systems & Services
Technologies
Attn: Bankruptcy
4315 Pickett Road
Saint Joseph, MO 64503

Upgrade, Inc.
Attn: Bankruptcy
2 N Central Ave Fl 10
Phoenix, AZ 85004-2322

Upstartnet
P.o. Box 1503
San Carlos, CA 94070

Verizon Wireless
Attn: Bankruptcy Administration
500 Technology Dr Ste 550
Saint Charles, MO 63304-2225

Wells Fargo
Attn: Bankruptcy
3217 S Decker Lake Dr
W Valley City, UT 84119-3284

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd
Floor
Des Moines, IA 50328