**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Danielle Jessica Solomon and Guy Elliott Baker,<br><br>　　　　　　　　　　　*Debtors.* | Chapter 7<br>Case No. 25-14971-DJB |

### Certificate of Service

I, Michael A. Cibik, certify that on February 13, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Chapter 7 Bankruptcy Case

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: February 13, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - First Class Mail:**

**Berkheimer Tax Innovations**
Attn: Bankruptcy
50 N 7th St
Bangor, PA 18013-1731

**--and at the alternative address below--**

**Berkheimer Associates**
Attn: Bankruptcy
P.O. Box 25132
Lehigh Valley, PA 18002