United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 25-14971-djb

Danielle Jessica Solomon     Chapter 7

Guy Elliott Baker

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Mar 11, 2026     Form ID: 318     Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Danielle Jessica Solomon, Guy Elliott Baker, 773 Rock Ln, Elkins Park, PA 19027-1313 |
| 15080635 | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15080649 | Wells Fargo, Attn: Bankruptcy, 3217 S Decker Lake Dr, W Valley City, UT 84119-3284 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 12 2026 02:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Mar 12 2026 05:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15080620 | Email/Text: bk@avant.com | Mar 12 2026 02:00:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 15103830 | Email/Text: dltlegal@hab-inc.com | Mar 12 2026 02:00:00 | Berkheimer Associates, Attn: Bankruptcy, P.O. Box 25132, Lehigh Valley, PA 18002 |
| 15080621 | EDI: CAPITALONE.COM | Mar 12 2026 05:58:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15080622 | + Email/Text: omx-bnc-bk-notices@chime.com | Mar 12 2026 02:00:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 15080623 | EDI: WFNNB.COM | Mar 12 2026 05:58:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 15080624 | ^ MEBN | Mar 12 2026 01:57:26 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15080625 | Email/PDF: creditonebknotifications@resurgent.com | Mar 12 2026 02:05:19 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15080626 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2026 02:05:24 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15080627 | EDI: DISCOVER | Mar 12 2026 05:58:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15080630 | Email/Text: BNSFN@capitalsvcs.com | Mar 12 2026 01:59:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 15080628 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2026 02:05:18 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15080629 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2026 02:05:19 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 |

Case 25-14971-djb   Doc 20   Filed 03/13/26   Entered 03/14/26 00:39:21   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2026 | Form ID: 318 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15080631 | ^ | MEBN | Mar 12 2026 01:57:44 | Hayt, Hayt & Landau LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15080632 | | EDI: IRS.COM | Mar 12 2026 05:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15080634 | | EDI: JEFFERSONCAP.COM | Mar 12 2026 05:58:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd Dept C, Saint Cloud, MN 56303-2198 |
| 15080633 | + | EDI: JEFFERSONCAP.COM | Mar 12 2026 05:58:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15080636 | | Email/Text: ml-ebn@missionlane.com | Mar 12 2026 01:59:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15080637 | ^ | MEBN | Mar 12 2026 01:57:58 | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15080639 | | EDI: PRA.COM | Mar 12 2026 05:58:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15080638 | | EDI: PENNDEPTREV | Mar 12 2026 05:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15080642 | + | Email/Text: bankruptcy@sw-credit.com | Mar 12 2026 02:00:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15080640 | + | Email/Text: bankruptcy@creditkarma.com | Mar 12 2026 01:59:00 | Seed Financial, Attn: Bankruptcy, 548 Market St., PMB 33447, San Francisco, CA 94104-5401 |
| 15080641 | + | EDI: AGFINANCE.COM | Mar 12 2026 05:58:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15080643 | + | EDI: SYNC | Mar 12 2026 05:58:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15080644 | + | Email/Text: synovusbankruptcy@synovus.com | Mar 12 2026 02:00:00 | Synovus Bank, Attn: Bankrupty Department, P.O.Box 120, Columbus, GA 31902-0120 |
| 15080645 | + | Email/Text: bankruptcysst@alorica.com | Mar 12 2026 01:59:00 | Systems & Services Technologies, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15080646 | | Email/Text: bknotice@upgrade.com | Mar 12 2026 01:59:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 15080647 | + | Email/Text: UpStart@ebn.phinsolutions.com | Mar 12 2026 02:00:00 | Upstartnet, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 15080648 | | EDI: VERIZONCOMB.COM | Mar 12 2026 05:58:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 15080650 | + | EDI: WFHOME | Mar 12 2026 05:58:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2026 | Form ID: 318 | Total Noticed: 35 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Danielle Jessica Solomon help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Guy Elliott Baker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Danielle Jessica Solomon <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3865 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Guy Elliott Baker <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5329 <br> EIN   __–_____ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   25–14971–djb

# Order of Discharge                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Danielle Jessica Solomon                    Guy Elliott Baker

3/10/26                                     **By the court:** Derek J Baker
                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**